**Opinion issued December 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00412-CV

_____

## MIRELA IONESCU, D/B/A CAPITAL CITY STUCCO & STONE, Appellant

## V.

## HACHEM DOMLOJ, CIVE CONSULTING, INC., AND CIVE CONSTRUCTION, LLC, Appellees

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1067549**

---

## MEMORANDUM OPINION

Appellants, Mirela Ionescu, d/b/a Capital City Stucco & Stone, has failed to

timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a)

(governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.